DALE K. GALIPO [CA SBN 144074]
   dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

NAZARETH M. HAYSBERT [CA SBN 294431]
   nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina del Rey, California 90292
Tel:   (310) 496-5796
Fax:   (310) 496-5701

*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, an individual; APRIL HOLDER, an individual<br><br>            Plaintiffs,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, a Governmental Entity; JACKIE ROJAS, an individual; JAVIER FIERROS, an individual; CHRISTOPHER CONGER, an individual; and DOES 1-10, inclusive<br><br>            Defendants. | **Case No.: 2:22-cv-05706-FMO-MAR**<br>*Hon. Fernando M. Olguin*<br>*Magistrate: Hon. Margo A. Rocconi*<br><br>**JOINT STATUS REPORT RE: MEDIATION**<br><br>Mediation Date:  November 17, 2023<br>Mediator:    Hon. Joseph Biderman (Ret.) |

**TO THIS HONORABLE COURT:**

Plaintiffs R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, and APRIL HOLDER and all Defendants, by and through their counsel, hereby submit the following joint status report regarding their mediation, pursuant to the Court's Scheduling and Case Management Order (Dkt. No. 36):

## RECITALS

1. On November 17, 2023, the parties participated in a mediation with Mediator Hon. Joseph Biderman (Ret.).

2. Plaintiffs' counsel presented a settlement demand. Defendants will be presenting that settlement demand to the relevant claims board.

Dated: November 21, 2023

**LAW OFFICES OF DALE K. GALIPO**
**HAYSBERT | MOULTRIE, LLP**

*/s/ Dale K. Galipo*
Dale K. Galipo
Nazareth Haysbert
Shannon J. Leap[1]

Attorney for Plaintiffs

Dated: November 21, 2023

**IVIE MCNEIL WYATT PURCELL & DIGGS**

/s/ Angela M. Powell

Rickey Ivie
Angela M. Powell
Marina Samson
Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE THE PRE-TRIAL AND TRIAL DATES; DECLARATION OF MARINA SAMSON, ESQ IN SUPPORT THEREOF