1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  E-mail: dalekgalipo@yahoo.com
   21800 Burbank Blvd., Suite 310
3  Woodland Hills, CA 91367
   Tel: (818) 347-3333
4  Fax: (818) 347-4111

5  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, an individual; APRIL HOLDER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a Governmental Entity; JACKIE ROJAS, an individual; JAVIER FIERROS, an individual; CHRISTOPHER CONGER, an individual; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 2:22-CV-05706-FMO-MAR<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER DIRECTING DEFENDANT COUNTY OF LOS ANGELES TO SHOW CAUSE AS TO WHY THE SETTLEMENT OF THIS ACTION HAS NOT BEEN CONSUMMATED** |

-1-
DECLARATION OF RENEE V. MASONGSONG

## DECLARATION OF RENEE V. MASONGSONG

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. My office represents the Plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs' *ex parte* application for an order directing the County of Los Angeles to show cause as to why the settlement of this action has not been consummated.

2. Prior to filing this *ex parte* application, on July 29, 2025, I discussed the substanse of the instant *ex parte* application with Defendants' counsel in compliance with Local Rule 7-19, 7-19.1.

3. Defendants are represented by Marina Samson, Esq., IVIE McNEIL WYATT PURCELL & DIGGS, 444 S. Flower Street, 18th Floor, Los Angeles, CA 90071, (213) 489-0028.

4. During the conference of counsel, Defendants' counsel represented that they do not oppose Plaintiffs' request that this Court set a hearing wherein Defendant County of Los Angeles will show cause as to why the settlement has not been consummated. Plaintiffs do not anticipate that Defendants will file any opposition. Plaintiffs seek the instant relief on an *ex parte* basis because it has already been approximately 18 months since the Settlement Agreement and Release was executed, and Plaintiffs are losing interest in excess of $10,000 per month on the settlement funds. Filing this as a regularly noticed motion would only cause further delay and harm to Plaintiffs.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 1st day of August, 2025 at Woodland Hills, California.

                *s/ Renee V. Masongsong*
                Renee V. Masongsong