**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, an individual; APRIL HOLDER, an individual<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a Governmental Entity; JACKIE ROJAS, an individual; JAVIER FIERROS, an individual; CHRISTOPHER CONGER, an individual; and DOES 1-10, inclusive<br><br>    Defendants. | **CASE NO. 2:22-CV-05706-FMO-MAR**<br>*District Judge: Hon. Fernando M. Olguin*<br>*Magistrate Judge: Margo A. Rocconi*<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION [50] FOR AN ORDER DIRECTING THE COUNTY OF LOS ANGELES TO SHOW CAUSE AS TO WHY THE SETTLEMENT OF THIS ACTION HAS NOT BEEN CONSUMMATED** |

ORDER

After reviewing the Plaintiffs' *Ex Parte* Application for an Order Directing the County of Los Angeles to Show Cause as to Why the Settlement of this Action has not been Consummated, and GOOD CAUSE appearing, this Court makes the following orders:

This Court sets an Order to Show Cause hearing for **August 14, 2025, at 10:00 a.m.** At the Order to Show Cause Hearing, Defendant County of Los Angeles shall explain why the settlement of this action has not been presented before the relevant Boards. Counsel for Defendant County of Los Angeles shall ensure that the individuals with decision-making authority are present or represented.

IT IS SO ORDERED.

Dated: August 8, 2025                         _____/s/_____
                                              Fernando M. Olguin
                                              United States District Judge