1  Rickey Ivie, Esq. (SBN 76864)
2  rivie@imwlaw.com
   Marina Samson, Esq. (SBN 315034)
3  msamson@imwlaw.com
4  IVIE MCNEILL WYATT PURCELL & DIGGS
   A Professional Law Corporation
5  444 South Flower Street, Suite 3200
   Los Angeles, California 90071
6  Tel.: (213) 489-0028/Fax: (213) 489-0552
7  Attorney for Defendants,
8  **COUNTY OF LOS ANGELES, DEPUTY JACKIE ROJAS,**
   **DEPUTY JAVIER FIERROS AND DEPUTY CHRISTOPER CONGER**
9

10                      **UNITED STATES DISTRICT COURT**
11
12                      **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, an individual; APRIL HOLDER, an individual<br><br>                    Plaintiffs,<br><br>              v.<br><br>COUNTY OF LOS ANGELES, a Governmental Entity; JACKIE ROJAS, an individual; JAVIER FIERROS, an individual; CHRISTOPHER CONGER, an individual; and DOES 1-10, inclusive<br><br>                    Defendants. | CASE NO. 2:22-CV-05706-FMO-MAR<br>*District Judge: Hon. Fernando M. Olguin;*<br>*Magistrate Judge: Margo A. Rocconi*<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER ALLOWING REPRESENTATIVES OF DEFENDANT COUNTY OF LOS ANGELES TO APPEAR REMOTELY AT THE ORDER TO SHOW CAUSE AS TO WHY THE SETTLEMENT OF THIS ACTION HAS NOT BEEN CONSUMMATED HEARING (DKT NO. 51); DECLARATION OF MARINA SAMSON**<br><br>[*Proposed Order filed concurrently herewith*] |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

COME NOW Defendants, COUNTY OF LOS ANGELES, et al. ("Defendants"). Defendants hereby respectfully submit this *ex parte* application for a court order allowing Defendant County of Los Angeles' representatives to appear virtually/remotely at the Order to Show Cause as to Why the Settlement of This Action has not Been Consummated which has been set for hearing on August 14, 2025 at 10:00 a.m. (DKT NO 51).

Defendants make this application pursuant to Central District Local Rule 7-19. The grounds for this application are set forth in the Memorandum of Points and Authorities, which follows below, and the Declaration of Marina Samson, which is submitted concurrently herewith. Prior to filing this *ex parte* application, on August 12, 2025, defense counsel, Marina Samson, discussed the request with plaintiffs' counsel. Plaintiffs' will not oppose the request.


Dated: August 12, 2025                    **IVIE McNEILL WYATT PURCELL & DIGGS**

                                          By.: */s/ Marina Samson*
                                          _____
                                          Rickey Ivie, Esq.
                                          Marina Samson, Esq.
                                          Attorneys for Defendants
                                          **COUNTY OF LOS ANGELES, DEPUTY JACKIE ROJAS, DEPUTY JAVIER FIERROS AND DEPUTY CHRISTOPER CONGER**

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendants hereby respectfully submit this *ex parte* application for order allowing Defendant County of Los Angeles' representatives to appear virtually/remotely at the Order to Show Cause as to Why the Settlement of This Action has not Been Consummated which has been set for hearing on Augst 14, 2025 at 10:00 a.m.

Plaintiffs filed their complaint in this action on August 11, 2022. On October 24, 2023, the Parties participated in a successful mediation with the Honorable Joseph Biderman.  The Parties agreed to settle the case in its entirety for $3,500,000, contingent upon the approval by the Los Angeles County Claims Board and the Los Angeles County Board of Supervisors.  On December 21, 2023, the Parties executed a stipulation for settlement.  The terms of the stipulation for settlement include that this Court shall retain jurisdiction to enforce the terms of the settlement agreement.  On January 16, 2024, the Parties filed a Notice of Conditional Settlement and Request to Vacate all Dates with this Court. (Dkt. 47.)  On January 19, 2024, this Court dismissed this action without prejudice. (Dkt. 48.)  On July 1, 2024, Plaintiffs executed the long form Settlement Agreement and Release. On August 1, 2025, Plaintiffs' filed an ex parte application for the Court's Order to Defendant Los Angeles County to Show Cause as to Why the Settlement of This Action has not Been Consummated. (Dkt. 30.)

On August 8, 2025, the issued the Order to Show Cause as to Why the Settlement of This Action has not Been Consummated which has been set for hearing on Augst 14, 2025 at 10:00 a.m.

The defense counsel, Marina Samson, will be attending the hearing on August 14, 2025, in-person pursuant to the Court's rules and order. Due to the short notice, the County Counsel and Los Angeles County Sherrif's Department Representatives are not available to attend the in-person hearing due to the distance and prior engagements. Therefore,

defense counsel respectfully requests the Court's permission for the representatives to appear remotely. (Declaration of Marina Samson, ¶¶ 2-5.)

Dated: August 12, 2025

**IVIE McNEILL WYATT
PURCELL & DIGGS**

By.: */s/ Marina Samson*
Rickey Ivie, Esq.
Marina Samson, Esq.
Attorneys for Defendants
**COUNTY OF LOS ANGELES, DEPUTY
JACKIE ROJAS,  DEPUTY JAVIER
FIERROS AND DEPUTY CHRISTOPER
CONGER**

## DECLARATION OF MARINA SAMSON, ESQ.

I, Marina Samson, declare as follows:

1.      I am an attorney at law duly licensed and admitted to practice before all courts of the State of California, in the United States District Court for the Central, Northern, Eastern, Southern Districts of California, and the Court of Appeals for the Ninth Circuit.  I am a director with the law firm of Ivie McNeill Wyatt Purcell & Diggs attorneys of record for Defendants COUNTY OF LOS ANGELES, et.al. in this case.  The foregoing facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2.      On August 1, 2025, Plaintiffs' filed an *ex parte* application for the Court's Order to Defendant Los Angeles County to Show Cause as to Why the Settlement of This Action has not Been Consummated. (Dkt. 30.)

3.      On August 8, 2025, the Court issued the Order to Show Cause as to Why the Settlement of This Action has not Been Consummated which has been set for hearing on Augst 14, 2025 at 10:00 a.m.

4.      I will be attending the hearing at 10:00 a.m. on August 14, 2025, in-person pursuant to the Court's rules and order.

5.      I immediately advised the clients on the Court's August 8, 2025, Order to Show Cause hearing. However, due to the short notice, the County Counsel and Los Angeles County Sherrif's Department Representatives are not available to attend the in-person hearing at 10:00 a.m. on August 14, 2025, due to being out of town and prior engagements. Therefore, I respectfully request the Court's permission for the Defendants' representatives to appear remotely.

///

///

Executed this 12th day of August 2025, in Los Angeles County, State of California.


*/s/ Marina Samson*
Marina Samson, Declarant