# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK V. HOLDER's successor-in-interest, TONY JONES, an individual; APRIL HOLDER, an individual; JERRY JONES, an individual; and ROSIE JONES, an individual,<br><br>*Plaintiffs,*<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a Governmental Entity; CITY OF LOS ANGELES, a Governmental Entity; Deputy JACKIE ROJAS, an individual; Deputy JAVIER FIERROS, an individual; Deputy CHRISTOPER CONGER, an individual; and DOES 1-20, inclusive.<br><br>*Defendants.* | Case No.: 2:22-CV-05706-FMO-MAR<br>*District Judge: Hon. Fernando M. Olguin; Magistrate Judge: Margo A. Rocconi*<br><br>**ORDER RE: DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER ALLOWING REPRESENTATIVES OF DEFENDANT COUNTY OF LOS ANGELES TO APPEAR REMOTELY AT THE ORDER TO SHOW CAUSE AS TO WHY THE SETTLEMENT OF THIS ACTION HAS NOT BEEN CONSUMMATED HEARING (DKT NO. 52)** |

# ORDER

Defendant COUNTY OF LOS ANGELES, DEPUTY JACKIE ROJAS, DEPUTY JAVIER FIERROS, AND DEPUTY CHRISTOPHER CONGER ("Defendants) *ex parte* application for this Court's Order Allowing Representatives of Defendant County of Los Angeles to Appear Remotely at the Order to Show Cause as to why Settlement of this Action has not Been Consummated (Dkt. #51) to be heard on August 14, 2025 at 10:00 a.m. came before the Honorable Judge Fernando M. Olguin in Courtroom 6D in the United States District Courthouse for the Central District of California located at 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012. The Court, having considered Defendants' *ex parte* application and finding good cause therefor HEREBY ORDERS as follows:

> Defendants' *Ex Parte* Application for an Order Allowing Representatives of Defendant County of Los Angeles to Appear Remotely at the Order to Show Cause as to why Settlement of this Action has not Been Consummated (Dkt. #52) is GRANTED.

**IT IS SO ORDERED.**

Dated: 08/13/25      _____/s/_____
**The Honorable Fernando M. Olguin**
**United States District Judge**