# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5706-FMO (MARx) | Date | August 14, 2025 |
|---|---|---|---|
| Title | R.H., et al. v. County of Los Angeles, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Maria Lindaya | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:  
Renee Masongsong

Attorney Present for Defendants:  
Marina Samson

**Proceedings:** Order to Show Cause Hearing

The court and counsel confer. Present via Zoom are representatives for defendants: Millicent Rolon from the Los Angeles County Counsel's Office and Jennifer Roth from the Los Angeles County Sheriff's Department.

For the reasons stated on the record, the court sets a status conference for **September 11, 2025, at 10:00 a.m.** The court orders Los Angeles County Chief Executive Officer Davenport and Los Angeles County Claims Board Chair Castro to be present at the status conference to explain why the settlement in the above-captioned matter has not been presented to the Claims Board for approval. The parties may file a stipulation to take the matter off-calendar if the settlement is placed on the agenda for the Claims Board.

IT IS SO ORDERED.

|  | 00 : 08 |
|---|---|
|  | Initials of Preparer    mal |