Rickey Ivie (SBN 76864)
rivie@imwlaw.com
Marina Samson (SBN 315024)
msamson@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel.: (213) 489-0028/Fax: (213) 489-0552
Attorneys for Defendants
**COUNTY OF LOS ANGELES, et al.**

Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333/ Fax: (818) 347-4118

Nazareth M. Haysbert (SBN 294431)
nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina del Rey, California 90292
Tel: (310) 496-5796/Fax: (310) 496-5701
Attorneys for Plaintiffs
**R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, INDIVIDUALLY, AND AS FREDERICK HOLDER'S SUCCESSOR-IN-INTEREST, TONY JONES, AN INDIVIDUAL; APRIL HOLDER, AN INDIVIDUAL<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A GOVERNMENTAL ENTITY; JACKIE ROJAS, AN INDIVIDUAL; JAVIER FIERROS, AN INDIVIDUAL; CHRISTOPHER CONGER, AN INDIVIDUAL; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-05706-FMO-MAR<br>*[Hon. Fernando M. Olguin*<br>*Magistrate: Hon. Margo A. Rocconi]*<br><br>**STIPULATION TO TAKE ORDER TO SHOW CAUSE HEARING OFF-CALENDAR (DKT NO 55)** |

**TO THIS HONORABLE COURT**:

Plaintiffs R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, and APRIL HOLDER and Defendants, COUNTY OF LOS ANGELES, et al. ("Defendants"), by and through their counsel, hereby stipulate that the Order to Show Cause Hearing set for September 11, 2025 at 10:00 a.m. is taken off-calendar pursuant to the Court's Order because the settlement has been placed the Claims Board Agenda for approval on September 10, 2025. (DKT NO 55).

The Parties agree to file a status report by September 24, 2025, as to whether the settlement went before the Claims Board on September 10, 2025, and to apprise the Court of the anticipated next steps in the completion of the settlement

**IT IS SO STIPULATED:**

Dated: August 25, 2025                     **LAW OFFICES OF DALE K. GALIPO**


                                            */s/ Dale K. Galipo*
                                            Dale K. Galipo, Esq.
                                            Attorneys for Plaintiffs
                                            **R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.**

Dated: August 25, 2025                     **HAYSBERT MOULTRIE, LLP**


                                            */s/ Nazareth Haysbert*
                                            Nazareth Haysbert, Esq.
                                            Attorneys for Plaintiffs
                                            **R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.**

Dated: August 25, 2025

**IVIE MCNEILL WYATT PURCELL & DIGGS**

_/s/ Marina Samson_
Rickey Ivie, Esq.
Marina Samson, Esq.
Attorney for Defendants
**COUNTY OF LOS ANGELES, et al.**

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Marina Samson, do hereby attest that all of the signatories listed on this stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this stipulation.

Dated: August 25, 2025

**IVIE MCNEILL WYATT PURCELL & DIGGS**

_/s/ Marina Samson_
Rickey Ivie, Esq.
Marina Samson, Esq.
Attorney for Defendants
**COUNTY OF LOS ANGELES, et al.**