## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5706 FMO (MARx) | Date | August 27, 2025 |
|---|---|---|---|
| Title | R.H., et al. v. County of Los Angeles, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:   Attorney Present for Defendants:

None Present   None Present

**Proceedings:**   **(In Chambers) Order Vacating Hearing**

    Having reviewed and considered the parties' Stipulation to Take Order to Show Cause Hearing off Calendar, (Dkt. 56, "Stipulation"), IT IS ORDERED THAT the Order to Show Cause Hearing set for September 11, 2025 at 10:00 a.m. is hereby **vacated**.

00 : 00

Initials of Preparer   vdr