UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5706-FMO (MARx) | Date | October 6, 2025 |
|---|---|---|---|
| Title | R.H., et al. v. County of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None Present | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:     Attorney Present for Defendants:

None Present                         None Present

**Proceedings:**     (In Chambers) Order to Show Cause Re: Settlement Update

Pursuant to the parties' Stipulation to Take Order to Show Cause Hearing Off Calendar (Dkt. 56, "Stipulation"), which the court granted (Dkt. 58, Court's Order of August 27, 2025), the parties agreed to file a status report by September 24, 2025, updating the court on whether the settlement in the above-captioned matter was presented to the Claims Board for approval on September 10, 2025, and the "anticipated next steps in the completion of the settlement." (See Dkt. 56, Stipulation at ECF 2).

As of the filing date of this Order, the parties have not filed a status report regarding settlement. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **October 14, 2025**, the parties shall file a status report on (1) whether the settlement was presented to the Claims Board on September 10, 2025, and if not, whether it has been rescheduled for another date; (2) whether the settlement was approved; and (3) the anticipated next steps for completing the settlement. Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions**.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |