Rickey Ivie (SBN 76864)
rivie@imwlaw.com
Marina Samson (SBN 315024)
msamson@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel.: (213) 489-0028/Fax: (213) 489-0552
Attorneys for Defendants
**COUNTY OF LOS ANGELES, et al.**

Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333/ Fax: (818) 347-4118

Nazareth M. Haysbert (SBN 294431)
nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina del Rey, California 90292
Tel: (310) 496-5796/Fax: (310) 496-5701
Attorneys for Plaintiffs
**R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, INDIVIDUALLY, AND AS FREDERICK HOLDER'S SUCCESSOR-IN-INTEREST, TONY JONES, AN INDIVIDUAL; APRIL HOLDER, AN INDIVIDUAL<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A GOVERNMENTAL ENTITY; JACKIE ROJAS, AN INDIVIDUAL; JAVIER FIERROS, AN INDIVIDUAL; CHRISTOPHER CONGER, AN INDIVIDUAL; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-05706-FMO-MAR<br>*[Hon. Fernando M. Olguin*<br>*Magistrate: Hon. Margo A. Rocconi]*<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

**TO THIS HONORABLE COURT**:

Plaintiffs R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, and APRIL HOLDER and Defendants, COUNTY OF LOS ANGELES, et al. ("Defendants"), by and through their counsel, hereby provide the following status update:

On September 10, 2025, the Defendant County obtained the approval of the pending settlement from the Los Angeles Contracts Claims Board. On October 15, 2025, Defendant County will present the conditional settlement to the representative deputies of the Board of Supervisors at the Cluster Agenda Review meeting for the approval recommendation. After the meeting on October 15, 2025, the conditional settlement will be placed on the Board of Supervisor's public agenda for the final approval. Defendants anticipate that the settlement funds shall be available within two weeks thereafter.

**IT IS SO STIPULATED:**

Dated: October 7, 2025               **LAW OFFICES OF DALE K. GALIPO**

                                     *s/ Dale K. Galipo*
                                     _____
                                     Dale K. Galipo, Esq.
                                     Attorneys for Plaintiffs
                                     **R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.**

Dated: October 7, 2025               **HAYSBERT MOULTRIE, LLP**

                                     *s/ Nazareth Haysbert*
                                     _____
                                     Nazareth Haysbert, Esq.
                                     Attorneys for Plaintiffs
                                     **R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.**

Dated: October 7, 2025

**IVIE MCNEILL WYATT PURCELL & DIGGS**

*s/ Marina Samson*
_____
Rickey Ivie, Esq.
Marina Samson, Esq.
Attorney for Defendants
**COUNTY OF LOS ANGELES, et al.**