UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5706-FMO (MARx) | Date | December 16, 2025 |
|---|---|---|---|
| Title | R.H., et al. v. County of Los Angeles, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:   Attorney Present for Defendants:

None Present   None Present

**Proceedings:**   (In Chambers) Order to Show Cause Re: Settlement Update

On the court's own motion, IT IS ORDERED THAT, no later than **December 22, 2025**, the parties shall file a status report on (1) whether the conditional settlement was presented to the representative deputies of the Board of Supervisors for approval recommendation; (2) whether the conditional settlement has been placed on the Board of Supervisor's public agenda for final approval, and if so, whether final approval was granted; and (3) whether funds have been made available.  Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions**.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |