Rickey Ivie (SBN 76864)
rivie@imwlaw.com
Marina Samson (SBN 315024)
msamson@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel.: (213) 489-0028/Fax: (213) 489-0552
Attorneys for Defendants
**COUNTY OF LOS ANGELES, et al.**

Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333/ Fax: (818) 347-4118

Nazareth M. Haysbert (SBN 294431)
nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina del Rey, California 90292
Tel: (310) 496-5796/Fax: (310) 496-5701
Attorneys for Plaintiffs
**R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, INDIVIDUALLY, AND AS FREDERICK HOLDER'S SUCCESSOR-IN-INTEREST; TONY JONES, AN INDIVIDUAL; APRIL HOLDER, AN INDIVIDUAL<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A GOVERNMENTAL ENTITY; JACKIE ROJAS, AN INDIVIDUAL; JAVIER FIERROS, AN INDIVIDUAL; CHRISTOPHER CONGER, AN INDIVIDUAL; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-05706-FMO-MAR<br>*[Hon. Fernando M. Olguin*<br>*Magistrate: Hon. Margo A. Rocconi]*<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

**TO THIS HONORABLE COURT**:

Plaintiffs R.H., a minor, by and through his legal guardian, Raylene Johnson, individually, and as FREDERICK HOLDER's successor-in-interest, TONY JONES, and APRIL HOLDER and Defendants, COUNTY OF LOS ANGELES, et al. ("Defendants"), by and through their counsel, hereby provide the following status update:

1. The settlement of the above-referenced matter has been fully approved by all layers of COUNTY authorities.
2. This case involves one minor plaintiff, such that Plaintiffs must file a petition for approval of the claims of the minor plaintiff, R.H.
3. Plaintiffs' counsel received notice of the settlement approval on December 3, 2025. Since that time, Plaintiffs' counsel and the guardian ad litem for minor plaintiff R.H., Raylene Johnson, have been working with a structured settlement broker to select an annuity schedule for the minor plaintiff's portion of the settlement funds.
4. Plaintiffs anticipate filing their petition for approval of the compromise of the claims of the minor plaintiff, R.H., within approximately the next two to three weeks. Plaintiffs' counsel intends to file the petition as an unopposed *ex parte* application after providing a copy of the filing to Defendants' counsel for their review, to avoid any further delays in consummating the settlement.
5. After the guardian ad litem selects an annuity plan and the settlement broker locks in the interest rates, then Plaintiffs' counsel shall provide payment instructions to Defendants' counsel, and such payment instructions shall also be included in Plaintiffs' proposed order regarding the minor's compromise petition.

**IT IS SO STIPULATED:**

| | | |
|---|---|---|
| | | **LAW OFFICES OF DALE K. GALIPO** |
| Dated: December 18, 2025 | By: | */s/ Dale Galipo* |
| | | Dale K. Galipo, Esq. |
| | | Attorneys for Plaintiffs |
| | | **R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.** |
| Dated: December 18, 2025 | | **HAYSBERT MOULTRIE, LLP** |
| | By: | */s/ Nazareth Haysbert* |
| | | Nazareth Haysbert, Esq. |
| | | Attorneys for Plaintiffs |
| | | **R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, et al.** |
| Dated: December 18, 2025 | | **IVIE MCNEILL WYATT PURCELL & DIGGS** |
| | By: | */s/ Rickey Ivie* |
| | | Rickey Ivie, Esq. |
| | | Attorney for Defendants |
| | | **COUNTY OF LOS ANGELES, et al.** |