LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
Email: rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4111

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., A MINOR, BY AND THROUGH HIS LEGAL GUARDIAN, RAYLENE JOHNSON, INDIVIDUALLY, AND AS FREDERICK HOLDER'S SUCCESSOR-IN-INTEREST, TONY JONES, AN INDIVIDUAL; APRIL HOLDER, AN INDIVIDUAL<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; JACKIE ROJAS; JAVIER FIERROS; CHRISTOPHER CONGER,<br><br>Defendants. | Case No.: 2:22-cv-05706-FMO-MAR<br>*[Hon. Fernando M. Olguin<br>Magistrate: Hon. Margo A. Rocconi]*<br><br>**DECLARATION OF RAYLENE JOHNSON IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR APPROVAL OF THE COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFF R.H.** |

<u>**DECLARATION OF RAYLENE JOHNSON**</u>

1. My name is Raylene Johnson. I am a competent adult and the guardian ad litem and natural mother of the minor plaintiff in this case, R.H. I am familiar with the facts cited herein and contained in the petition for approval of the compromise of the claims of minor plaintiff R.H. filed concurrently herewith.

-1-
Declaration of Raylene Johnson

2. As part of the petition filed concurrently herewith, I am requesting an $800 monthly stipend for twelve years and three months, until R.H. is 18 years old. I certify that I shall use the monthly stipend solely for the care and support of R.H., including the following: (1) to maintain R.H.'s enrollment in a private school where he has developed consistent peer relationships, formed secure attachments with teachers and staff, and demonstrated positive academic and social-emotional progress, at approximately $700 per month; (2) to contribute to additional education expenses, including before-school and after-school care, school supplies, school uniforms, tutoring, and extra-curricular fees; (3) to provide therapy/counseling to address mental health issues relating to the grief R.H. suffered as a result of losing his father during the incident giving rise to this lawsuit; (4) to continue to consistently provide routine medical and dental care for R.H.

3. Specifically, R.H. is currently enrolled in a private school, where he has been attending for approximately one year. During this time, he has developed consistent peer relationships, formed secure attachments with teachers and staff, and demonstrated positive academic and social-emotional progress. Maintaining continuity in this educational placement has been an important factor in his overall stability and well-being. I currently receive childcare assistance through the Crystal Stairs program. However, this assistance is limited to before- and after-school care only and does not cover instructional hours. As a result, a portion of R.H.'s school day is not covered, creating an out-of-pocket cost of approximately $700 per month. I am presently enrolled in a graduate program and nearing completion. This request is made to ensure stability for R.H. and to support his continued progress.

4. Even if R.H. were not enrolled in private school, I would incur annual expenses relating to R.H.'s education, as follows: required uniforms (logo shirts, sweaters, jackets, shoes) at approximately $300–800; replacement uniforms due to growth and normal wear at approximately $200–$500; required educational materials and classroom fees at approximately $100–$300; tutoring fees estimated at

Docusign Envelope ID: 0DC30455-2BA0-4706-945A-84446167AB52

1 | $100-$140 per week. These costs add up to an estimated annual cost of $1,250 - $2,400.

5. Additionally, I anticipate incurring the following costs on R.H.'s behalf: counseling, at an estimated cost of $120–$200 per session, which is an estimated monthly cost of $240–$800 for two to four sessions; specialized grief counseling at an estimated cost of $150–$225 per session, which is a monthly range of $300–$900; routine medical, dental, and vision out of pocket costs of approximately $50–$150 per month on average.

6. I have made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident giving rise to R.H.'s claims, the parties responsible for the incident, and the nature, extent and seriousness of the minors' claims. I further understand that if the compromise proposed in this petition is approved by the Court and is consummated, R.H. will be forever barred from seeking any further recovery of compensation even though R.H.'s injuries and loss might in the future appear to be more serious than they are now thought to be. I am informed and believe that R.H. has made some sufficient recovery from the effects of his injuries and losses so as to justify the resolution of this matter in accord with the terms of the settlement agreement. I recommend the compromise settlement and the proposed distribution to R.H. to the Court as being fair, reasonable, and in the best interest of R.H., and request that the Court approve this compromise settlement and make such other and further orders as may be just and reasonable.

1   7.   I request that the Court enter the proposal attached to the Declaration of
2   Renee V. Masongsong as "Exhibit A" for R.H. Specifically, I request that the Court
3   enter the Proposed Order filed concurrently herewith.
4
5   I declare under penalty of perjury of the laws of the United States of America that
6   the foregoing is true and correct, and that this declaration was executed on
7   __2/24/2026__ at __Los Ángeles__, California.

*DocuSigned by:*
*Raylene J*
27F9D730CDDA430...
Raylene Johnson

-4-
DECLARATION OF RAYLENE JOHNSON